1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Ste. 112
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 449-9016
4

5  Attorney for Defendant, OLGA OHRBACH

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   CASE NO.: 6:09-mj-00018-WMW
                                      )
12                                    )
                                      )   WAIVER OF DEFENDANT'S
13 |              Plaintiff,           )   PERSONAL APPEARANCE
                                      )
14 | vs.                              )
                                      )
15 | OLGA OHRBACH,                    )
                                      )
16 |              Defendant.          )
                                      )
17 | _____  )

18         TO THE ABOVE-ENTITLED COURT:

19         The Defendant OLGA OHRBACH, having been advised of her right to be present at all

20 stages of proceedings, including, but not limited to, presentation of and arguments on questions

21 of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the

22 right to be present at the hearing of any motion or other proceeding in this cause.  Examples of

23 hearings concerning which the defendant waives the right to be present include when the case is

24 set for trial, when a continuance is ordered, when a motion to set aside an indictment is heard,

25 during a plea or change of plea, during sentencing or any case disposition, when a motion for

26 reduction of bail or for a personal recognizance release is heard.

27         The undersigned Defendant requests the Court to proceed during every absence of the

28 Defendant that the Court may permit pursuant to this waiver, and hereby agrees that her interest

1  is represented at all times by the presence of her attorney the same as if the Defendant were

2  personally present in court, and further agrees that notice to Defendant's attorney that

3  Defendant's presence in court on a particular day at a particular time is required is notice to the

4  Defendant of the requirement of Defendant's appearance at that time and place.

6  Dated: January 10, 2009

7                                By:   /s/ Olga Ohrbach
                                    OLGA OHRBACH

8  Dated: January 16, 2009        By:   /s/ Carol Ann Moses
                                      CAROL ANN MOSES
9                                        Attorney for Defendant,
                                      OLGA OHRBACH

11  **It is so ordered:**

                                      WILLIAM M. WUNDERLICH
12                                        U.S. MAGISTRATE COURT JUDGEIT IS
SO ORDERED.
13
        **Dated:   January 16, 2009**        /s/  William M. Wunderlich
14                                              UNITED STATES MAGISTRATE JUDGE